Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Simitrio Pedroza Villanueva

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMITRIO PEDROZA VILLANUEVA,) | No. 2:22-cv-02682-SK |
| Plaintiff, ) | **ORDER AWARDING EQUAL** |
| ) | **ACCESS TO JUSTICE ACT** |
| v. ) | **ATTORNEY FEES AND COSTS** |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND TWO HUNDRED FIVE DOLLARS and NO CENTS ($7,205.00), and costs under 28 U.S.C. § 1920, in

/ / /

/ / /

/ / /

1

1  the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00),

2  subject to the terms of the above-referenced Stipulation.

3

4  Dated:  May 9, 2024

5  _____

6  THE HONORABLE STEVE KIM
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28